# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2732

_____

United States of America,

Appellee,

v.

Donald Douglas Gorge,

Appellant.

*
*
*
*
*  Appeal from the United States
*  District Court for the
*  Eastern District of Arkansas.
*
*  [UNPUBLISHED]
*

_____

Submitted: April 5, 2012
Filed: April 10, 2012

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In accordance with a plea agreement, Donald Gorge pleaded guilty to attempted receipt of child pornography in violation of 18 U.S.C. § 2252(a)(2). This subjected him to a statutory imprisonment range of 5-20 years. The district court[1] calculated a Guidelines range of 210-240 months, and sentenced him to 180 months in prison. On appeal, Gorge's counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), in which she seeks to withdraw and challenges the reasonableness of the

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.

sentence. In supplemental pro se submissions, Gorge challenges his sentence and asserts that counsel was ineffective.

We conclude the district court committed no procedural error in sentencing Gorge, and--in light of the evidence presented--imposed a substantively reasonable sentence. See Gall v. United States, 552 U.S. 38, 51 (2007); United States v. Alvarez, 478 F.3d 864, 868-69 (8th Cir. 2007); United States v. Belflower, 390 F.3d 560, 562 (8th Cir. 2004) (per curiam). We decline to review Gorge's ineffective-assistance claim in this direct appeal. See United States v. Looking Cloud, 419 F.3d 781, 788-89 (8th Cir. 2005).

Having reviewed the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issue. Accordingly, we grant counsel leave to withdraw, and we affirm the judgment.

_____